FILED
2022 APR 19 PM 1:28
CLERK
U.S. DISTRICT COURT

ANDREA MARTINEZ, United States Attorney (#9313)
J.ED CHRISTIANSEN, Special Assistant United States Attorney (#14088)
Attorneys for the United States of America
Office of the Staff Judge Advocate
6026 Cedar Lane, Building 1278
Hill Air Force Base, Utah 84056
Telephone: 801-777-6626
Email: j.christiansen@us.af.mil

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERICK MANZANO TARIN<br><br>Defendant. | Case No.   1:22-cr-00051-JCB<br><br>MISDEMEANOR INFORMATION<br><br>COUNT I: Theft of Government Property (18 U.S.C. § 641)<br><br>Magistrate Judge Jared C. Bennett |

The United States Attorney charges:

### COUNT I
### Theft of Government Property - *a class A misdemeanor*

Between the 3rd day of November and the 14th day of December 2021, in the

Northern Division of the District of Utah,

### ERICK MANZANO TARIN,

the defendant herein, did knowingly and willfully embezzle, steal, purloin, or knowingly

convert to his own use a thing of value, namely, goods of the Army & Air Force

Exchange Service (AAFES), an agency of the Unites States, in violation of 18 U.S.C.

641.

ANDREA MARTINEZ
United States Attorney


*/s/ J.ED CHRISTIANSEN*
J.ED CHRISTIANSEN
Special Assistant United States Attorney